No. 03–6362.  IN RE ALTSCHUL.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.  JUSTICE STEVENS dissents.  See *id.*, at 4, and cases cited therein.

No. 03–301.  IN RE RODRIGUEZ ET AL.;

No. 03–5791.  IN RE NELSON; and

No. 03–5890.  IN RE GLOVER.  Petitions for writs of mandamus denied.

No. 03–5780.  IN RE MOSTAGHIM; and

No. 03–5849.  IN RE GRAHAM.  Petitions for writs of mandamus and/or prohibition denied.

No. 03–223.  IN RE KARLHEIM.  Petition for writ of prohibition denied.

No. 02–1689.  GRUPO DATAFLUX v. ATLAS GLOBAL GROUP, L. P., ET AL.  C. A. 5th Cir.  Certiorari granted.

No. 03–44.  SABRI v. UNITED STATES.  C. A. 8th Cir.  Certiorari granted.

No. 03–218.  ASHCROFT, ATTORNEY GENERAL v. AMERICAN CIVIL LIBERTIES UNION ET AL.  C. A. 3d Cir.  Certiorari granted.